UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL HENLEY, individually, and on behalf of his marital community, Plaintiff, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer, Defendant. | No. 2:26−cv−03124−JHC<br><br>ORDER GRANTING REMAND |

THIS MATTER comes before the Court on Plaintiff Michael Henley's Motion to Remand. Dkt. # 6. The motion is unopposed. Dkt. # 9. IT IS HEREBY ORDERED that Henley's case is REMANDED to King County Superior Court. The Clerk is DIRECTED to mail a copy of this Order to the King County Superior Court.

DATED: November 5, 2026

John H. Chun
United States District Judge